AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | | |
|---|---|---|
| UNIFIED MESSAGING SOLUTIONS, LCC | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 6:12-cv-290 |
| CUPID, PLC | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Cupid, PLC
23 Manor Place,
Edinburgy, Midlothian, EH3 7DX,
United Kingdom

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Timothy E. Grochocinski
InnovaLaw PC
1900 Ravinia Place
Orland Park, Illinois 60462
P. (314) 853-8146

Anthony G. Simon
THE SIMON LAW FIRM, P.C.
800 Market Street, Suite 1700
Saint Louis, Missouri 63101
P. (314) 241-2929

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/27/12



*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 6:12-cv-290

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    AVID LIFE MEDIA, INC.
was received by me on *(date)* _____ .

  ❑ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

  ❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

  ❑ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

  ❑ I returned the summons unexecuted because _____ ; or

  ❑ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

                                                          *Server's signature*

                                                          *Printed name and title*

                                                          *Server's address*

Additional information regarding attempted service, etc:

# IN THE UNITED STATES DISTRICT COURT, FOR THE EASTERN DISTRICT OF TEXAS, TYLER DIVISION

| | |
|---|---|
| UNIFIED MESSAGING SOLUTIONS, LLC<br>    PLAINTIFF/PETITIONER<br>VS.<br>CUPID. PLC<br>    DEFENDANT/RESPONDENT | CAUSE #: 6:12-cv-290<br><br>CERTIFICATE OF SERVICE |

This service has been completed in compliance with the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil and Commercial Matters (Done at The Hague November 15, 1965) (Entered Into Force for the U.S. on February 10, 1969). The Certificate of Service attached is also in compliance.

ABC Legal Services, Inc.
633 Yesler Way Seattle, WA 98104
206 521-9000
TRACKING #: 7330028

ORIGINAL
PROOF OF SERVICE

THE SIMON LAW FIRM, P.C.
800 MARKET STREET SUITE 1700
ST. LOUIS, MO 63101
877 767 3108
Page 1 of 1

# CERTIFICATE

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**

1) that the document has been served*
   the (date) __9 MAY 2012__
   at (place, street, number) __23 MANOR PLACE__
   __EDINBURGH, EH3 7DX__

   in one of the following methods authorized by article 5:
   - ☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   - ☐ (b) in accordance with the following particular method:*
   - ☐ (c) by delivery to the addressee, who accepted it voluntarily.*

   The documents referred to in the request have been delivered to:
   (identity and description of person) __"MCDERMID"__

   relationship to the addressee family, business, or other
   __NOT KNOWN__

2) that the document has ~~not~~ been served, by reason of the following facts:*

   ~~_____~~

**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement.***

Annexes

Documents returned:
__COPY OF REQUEST__

Done at __EDINBURGH__, the __22 MAY 2012__

Signature and/or stamp

A. Ferguson

> Central Authority for Scotland
> Scottish Government
> Justice Directorate
> St. Andrew's House
> Regent Road
> Edinburgh EH1 3DG

In appropriate cases, documents establishing the service:
__ELECTRONIC PRINT - ROYAL MAIL WEBSITE SHOWING SIGNATURE AND DELIVERY__


TRACKING #: 7330028

USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| Rick Hamilton<br>633 Yesler Way<br>Seattle, WA 98104<br>United States of America<br><br>Authorized applicant pursuant to public law 97-351 of Feb. 26, 1983 which amended rule 4(c) 2(a) Federal Rules of Civil Procedure | THE SCOTTISH EXECUTIVE JUSTICE DEPT.<br>CIVIL JUSTICE AND INTERNATIONAL DIVISION<br>2ND FLOOR WEST, ST. ANDREW'S HOUSE<br>REGENT ROAD<br>EDINBURGH EH1 3DG |

The undersigned applicant has the honour to transmit-in-duplicate the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.;
(identity and address)

CUPID, PLC
23 MANOR PLACE
EDINBURGY
MIDLOTHIAN EH3 7DX
UNITED KINGDOM

DOB:                    Phone:

☒ (a) in accordance with the provisons of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5):*
_____
_____
☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of aticle 5).*

The authority is requested to return or to have returned to the applicant a copy of the documents – and of the annexes* – with a certificate as provided on the reverse side.

Hearing Date:
List of documents:
COMPLAINT; EXHIBITS A-E; A0120; CORPORATE DISCLOSURE STATEMENT; RETURNED SUMMONS

Done at Seattle, Washington USA, on May 1 2012

Signature and/or stamp




TRACKING #: 7330028

USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate

# SUMMARY OF THE DOCUMENT TO BE SERVED

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

(article 5, fourth paragraph)

Name and address of the requesting authority: Rick Hamilton
633 Yesler Way
Seattle, WA 98104
United States of America

Particulars of the parties:
UNIFIED MESSAGING SOLUTIONS, LLC      vs.   CUPID. PLC

## JUDICIAL DOCUMENT*

Nature of the document:
To give notice to the Defendant of the institution against them of a claim for civil damages, and summon them to answer to the claim.

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
Plaintiff is seeking to recover civil damages and other relief, amount to be determined in court.

Date and place for entering appearance:*
Defendant has twenty-one days from receipt of the accompanying Summons to make a written appearance, address is noted on the Summons.

Court which has given judgment:*
n/a

Date of judgment:*
n/a

Time limits stated in the document:*
　Hearing Date:

## EXTRAJUDICIAL DOCUMENT*

Name and purpose of the document:
n/a

Time limits stated in the document:*
n/a



TRACKING #: 7330028

USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate

Justice Directorate
Legal Service Division

Tel: +131-244 2417  Fax: +131-244 4848
Email: alan.finlayson@scotland.gsi.gov.uk


The Scottish Government

Rick Hamilton
Process Forwarding International
633 Yessler Way
Seattle
WA 98104
United States of America

Our Ref: 2ADH 007/202
22 May 2012

Dear Sir

**HAGUE CONVENTION OF 15 NOVEMBER 1965 ON THE SERVICE ABROAD OF JUDICIAL AND EXTRAJUDICIAL DOCUMENTS IN CIVIL OR COMMERCIAL MATTERS**

**CUPID PLC**

I refer to your request for service of documents on Cupid PLC, 23 Manor Place, Edinburgh, EH3 7DX.

In accordance with the terms of the above Convention, I can confirm that your documents were served personally upon the Defender, all in accordance with the Law of Scotland.

I return a copy of the documents served together with a certificate of service.

Yours faithfully

**ALAN FINLAYSON**

ZS 2148 4103 768

| Justice Directorate<br>Legal System Division<br><br>Tel: 0131-244 2417  Fax: 0131-244 4848<br>Email: alan.finlayson@scotland.gsi.gov.uk | <br>**The Scottish Government** |
|---|---|

Cupid PLC
23 Manor Place
Edinburgh
EH3 7DX

DELIVERING
A GAMES LEGACY FOR SCOTLAND

Our Ref: 2ADH 007/202

Date: 8 May 2012

Dear Sirs

## HAGUE CONVENTION OF 15 NOVEMBER 1965 ON THE SERVICE ABROAD OF JUDICIAL AND EXTRAJUDICIAL DOCUMENTS IN CIVIL OR COMMERCIAL MATTERS

### UNIFIED MESSAGING SOLUTIONS LLC v CUPID PLC

In accordance with the provisions of the above Convention, I hereby serve upon you the enclosed documents which have been received from the United States of America.

Yours faithfully

*[signature]*
ALAN FINLAYSON

St Andrew's House, Regent Road, Edinburgh  EH1 3DG

Case: 1:12-cv-06650 Document #: 11 Filed: 06/06/12 Page 9 of 10 PageID #:268



Personal Customers    Corporate & Public Sector

**Royal Mail** — Small & Medium Business

 Search

Business | Delivery | Marketing | Logistics | Discounts & Payment | Shop | Solutions | Advice | Tools

- Home
- **Track and trace**
- Sending tracked mail
- Tracking your mail

**Top links**
- Find a postcode
- Postal prices
- Shop
- Track an item
- A-Z
- Work for us
- Customer service

Home > Track and trace >

**Delivered**

Please enter your 13 character reference
e.g. AA000100019GB
ZJ214841037GB   **Track item**
How to find your reference number

Your item with reference ZJ214841037GB was delivered from our WEST EDINBURGH Delivery Office on 09/05/12.
Thank you for using this service.
We can confirm that this item was delivered before the guaranteed time.
The electronic Proof of Delivery for this item is now displayed below.

**Electronic Proof of Delivery for your item**



**Printed Name:** MCDERMID          **Signature Time:** 10:20:00GMT 09/05/12

Print this image (opens in a new window)

**SENDING** important or valuable mail

Send mail in the UK
Send mail overseas

**TRACKING** important or valuable mail

It says "Delivered" but it hasn't arrived
My item arrived but the contents were missing
My item arrived damaged
How can I get my item there quicker next time?
Who signed for my item?
What is electronic Proof of Delivery (ePOD)?
What should I see on my ePOD?
I cannot read the ePOD
There are details missing from my ePOD
The intended recipient didn't sign for the item

**ADDITIONAL SERVICES** for sending mail

Price a delivery
Buy pre-paid packs
Get mail collected from your business
Set up a business account
Order labels for Business
Print labels for Business
Find a postcode

**ADDITIONAL SERVICES** for tracking mail

Learn more about electronic Proof of Delivery
Find out which services can be tracked

You might also be interested in

**Cost-effective delivery in three working days**
Second Class mail

**Lifeline for deadlines**
Got an item that has to arrive on time?
We'll guarantee it.

specialdelivery*
Discover Special Delivery 9.00AM

**PFI** | PROCESS FORWARDING INTERNATIONAL

633 Yesler Way Seattle, WA 98104   www.pfiserves.com
800 232-8854    206 521-9000   fax: 800 734-6859

# PROCESS SERVICE INVOICE

| Bill To: | THE SIMON LAW FIRM, P.C.<br>800 MARKET STREET<br>SUITE 1700<br>ST. LOUIS, MO 63101 |
|---|---|
| Account #: 102412 | Phone: 877 767 3108 |
| Client Attn: | |
| Order Attn: REBECCA M. NUCKOLLS | |

INVOICE #: **7330028**

DATE: May 24 2012
BILL REF:

**AMOUNT DUE : $0.00**

COURT:           IN THE UNITED STATES DISTRICT COURT, FOR THE EASTERN DISTRICT OF TEXAS, TYLER DIVISION
CASE NAME:       UNIFIED MESSAGING SOLUTIONS, LLC   vs. CUPID. PLC
CASE NUMBER:     6:12-cv-290
SERVEE:          CUPID, PLC                                  HEARING DATE:
PERSON SERVED:   MCDERMID
SERVICE DATE:    May  9 2012 12:00AM    SERVED BY:
SERVICE ADDRESS: 23 MANOR PLACE EDINBURGY MIDLOTHIAN, EH3 7DX UNITED KINGDOM
DOCUMENTS:       COMPLAINT; EXHIBITS A-E; A0120; CORPORATE DISCLOSURE STATEMENT; RETURNED SUMMONS
SERVICE NOTE

BAD ADDRESS LIST

INVESTIGATION STATUS:

| SERVICE PERFORMED | NOTE | RATE |
|---|---|---|
| International Services | | |
| | | 450.00 |
| | SUB TOTAL | 450.00 |
| | PREPAID RETAINER | 450.00 |
| | AMOUNT DUE | 0.00 |

Documents are served in accordance with and pursuant to; the statutes or court rules of the jurisdiction in which the matter originates, and/or the statutes or court rules of the state in which service took place, and client instructions. If service was substituted upon another person or left with a person who refused to identify him or herself, it is incumbent upon the client to notify ABC and/or PFI immediately, in writing, if further attempts to serve, serve by mail, or investigate are required.

OFFICIAL PROCESS SERVER TO
U.S. DEPT. OF JUSTICE AND U.S. STATE DEPT.

Page 1 of 1
OR_PFI_INV