**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | | |
|---|---|---|---|
| IN RE: | UNIFIED MESSAGING SOLUTIONS LLC PATENT LITIGATION | ) | Case No: 12 C 6286 |
| | | ) | Judge Joan H. Lefkow |

**ORDER**

Judgment is entered in favor of defendants on all of plaintiffs' claims of infringement of the patents-in-suit and on defendants' counterclaims for declaratory judgment of non-infringement. Plaintiff's claims of infringement are hereby dismissed with prejudice. Defendants' counterclaims regarding invalidity and unenforceability of the patents-in-suit are dismissed without prejudice. See Final Order of Infringement for more detail. All pending motions are denied as moot. Civil case terminated.

Date: June 13, 2014

Joan H. Lefkow
U.S. District Judge Joan H. Lefkow